NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC MENTAIL ANDERSON,                )
                                      )
           Appellant,                 )
                                      )
v.                                    )          Case No. 2D18-3286
                                      )
STATE OF FLORIDA,                     )
                                      )
           Appellee.                  )
_____)

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.

           Affirmed.


SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.